IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00912-PAB-BNB

BARBARA CLEMMONS,

Plaintiff,

v.

FIRST CREDIT SERVICES, INC., a New York corporation, d/b/a Accounts Receivable Technologies,

Defendant.

---

### MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Stipulated Motion for Protective Order re Confidentiality** [docket no. 10, filed May 19, 2009] is GRANTED.


DATED:  May 21, 2009